# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM JOHN CONNORS, III,
          Appellant,
vs.
DIANNE M. DICKSON, DEPUTY
PUBLIC DEFENDER; OFFICE OF THE
PUBLIC DEFENDER OF CLARK
COUNTY; COUNTY OF CLARK; AND
THE STATE OF NEVADA,
          Respondents.

No. 77833



FILED

JAN 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a minute order dismissing appellant's petition for a writ of mandamus. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed). Therefore, this court has no jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                      Silver

19-02935

cc: Hon. Eric Johnson, District Judge
William John Connors, III
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A